AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SAVANNAH DAY SPA, INC.; CELESTE HOBSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:23-cv-274

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on May 14, 2024, the Court grants Defendant's motion to dismiss on all counts and closes this case.

Approved by: _R. Stan Baker_ (signature)

May 17, 2024
*Date*

John E. Triplett, Acting Clerk
*Clerk*

_Morgan A. Akins_ (signature)
(By) Deputy Clerk

GAS Rev 10/2020